IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT E. GEESEY,<br>　　　　　　Plaintiff<br><br>　　v.<br><br>CAMPING WORLD, LLC, formerly<br>named and known as CWI, INC.,<br>d/b/a CAMPING WORLD OF<br>HANOVER and d/b/a<br>as CAMPING WORLD, INC.;<br>FREEDOMROADS, LLC; and<br>MEYER'S RV CENTERS, LLC d/b/a<br>WORLD RV SALES,<br>　　　　　　Defendants | No. 1:23cv1517<br><br>(Judge Munley) |

## ORDER

**AND NOW**, to wit, this ___ day of August 2024 it is hereby **ORDERED** as follows:

　　1) Defendant Camping World, LLC's motion to set aside default (Doc. 14) is hereby **GRANTED** and the Clerk of Court's entry of default (Doc. 13) is hereby **SET ASIDE**;

　　2) The defendants' motion for leave to file an "amended motion to dismiss or, in the alternative, stay claims and compel arbitration" (Doc. 16) is hereby **GRANTED**;

3) The Clerk of Court is directed to file Doc. 16-2 Exh. A., pages 2-5 as the "amended motion to dismiss or, in the alternative, stay claims and compel arbitration";

4) The Clerk of Court is also directed to file the following: Doc. 16-2, Exh. A, pages 6-28 as the brief in support of the amended motion; , Doc. 16-2, Exh. A pages 29-30 as a proposed order; and Doc. 16-2, Exh. A. pages 31-116 as the exhibits to the brief.

5) The brief in opposition to the amended motion is due fourteen (14) days from the date of this order; and

6) The original motion to dismiss, or in the alternative to stay claims and compel arbitration (Doc. 7) is **DENIED** as moot.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court