IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT E. GEESEY, <br>     Plaintiff <br><br> v. <br><br> CAMPING WORLD, LLC formerly known as CWI, Inc. doing business as Camping World of Hanover doing business as Camping World, Inc.; FREEDOMROADS LLC; AND MEYER'S RV CENTERS, LLC doing business as Camping World, RV Sales, <br>     Defendants | : No. 1:23cv1517 <br> : <br> : (Judge Munley) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

ORDER

**AND NOW**, to wit, this ___ day of September 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Defendants' amended motion to dismiss and compel arbitration, (Doc. 28), is **DENIED** without prejudice;

2) The parties shall have thirty (30) days to engage in limited discovery on the question of arbitrability, to be completed **on or before October 22, 2025**; and

3) Defendants may renew their motion to compel arbitration following limited discovery.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court